UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-20500-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUARDO RALLE TORRES,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Government's Emergency Motion to Revoke Release Conditions and Order Detention of Defendant Eduardo Ralle Torres Pending Trial (DE# 61, 7/6/09).  Having reviewed the applicable filings and law and having held a hearing on July 7, 2009, it is

ORDERED AND ADJUDGED that the Government's Emergency Motion to Revoke Release Conditions and Order Detention of Defendant Eduardo Ralle Torres Pending Trial (DE# 61, 7/6/09) is **GRANTED**.

Section 3148 (a), United States Code, Title 18 states that: "A person who has been released under section 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court." 18 U.S.C. § 3148(a).  Subsection (b), further states that:

> (b) **Revocation of release.** --The attorney for the Government may initiate a proceeding for revocation of an order of release by filing a motion with the district court. A judicial officer may issue a warrant for the arrest of a person charged with violating a condition of release, and the person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section. To

the extent practicable, a person charged with violating the condition of release that such person not commit a Federal, State, or local crime during the period of release, shall be brought before the judicial officer who ordered the release and whose order is alleged to have been violated. The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer--

   (1) finds that there is--

      (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or

      (B) clear and convincing evidence that the person has violated any other condition of release; and

   (2) finds that--

      (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or

      (B) the person is unlikely to abide by any condition or combination of conditions of release.

18 U.S.C. § 3148 (b).

The government has proffered that shortly after being released on bond on June 17, 2009, the defendant placed a call to Carlos Cervantes, an employee of MedPharma in Columbia, South Carolina. The defendant instructed Mr. Cervantes to dispose of the contents of MedPharma's warehouse by throwing away documents and computers. On June 17, 2009, law enforcement officers observed Mr. Cervantes removing three garbage bags and computers from the warehouse. Mr. Cervantes disposed of the garbage bags in a dumpster at a local motel and disposed of the computers in a

dumpster at a separate location. The defendant also called Damaris Alvarez, the clerk of MedPharma in South Carolina, on June 18, 2009 and apologized for getting her involved.

On June 24, 2009, United States Magistrate Judge White found probable cause in executing the Complaint for the crime of obstruction of justice in violation of Title 18, United States Code, Section 1512(c)(1) and (2) against the defendant. See Criminal Complaint (DE# 1 in Case No. 09-2859; 6/24/09).

The government has established probable cause to believe that the defendant has committed a federal crime while on release in that shortly after the defendant was released, he told Mr. Cervantes to dispose of the contents of the MedPharma warehouse. The Court further finds by clear and convincing evidence that the defendant has violated a condition of release in that the defendant was ordered to avoid all contact with victims of or witnesses to the crimes charged and on June 18, 2009 the defendant contacted Damaris Alvarez. See Order on Initial Appearance (DE# 24, 6/18/09).   Accordingly, the Court finds that the defendant is unlikely to abide by any condition or combination of conditions of release. Section 3142(f)(2)(B), United States Code, Title 18, permits the Court on its own motion to detain a defendant in a case that involves a serious risk that the defendant will obstruct or attempt to obstruct justice.

DONE AND ORDERED, in Chambers, at Miami, Florida this **7th** day of July, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
United States District Judge Seitz
All counsel of record